MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A., individually and in its capacity as Trustee for Harborview 2005-12 Trust Fund*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALFONSO ESTRADA, an individual, | Case No.: 3:22-cv-00233-ART-CSD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT [ECF NO. 1]** |
| U.S. BANK, NATIONAL ASSOCIATION, IN ITS CAPACITY AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2005-12, MORTGAGE LOAN PASS-THROUGH CERTIFICATES SERIES 2005-12, A NATIONAL BANK ASSOCIATION; BANK OF AMERICA, N.A., INDIVIDUALLY AND IN ITS CAPACITY AS TRUSTEE FOR HARBORVIEW 2005-12 TRUST FUND, A NATIONAL BANK ASSOCIATION; NATIONSTAR MORTGAGE LLC, DBA MR. COOPER, A DELAWARE LIMITED LIABILITY COMPANY, | **(SECOND REQUEST)** |
| Defendants. | |

Defendants Bank of America, N.A., individually and in its capacity as Trustee for Harborview 2005-12 Trust Fund (**BANA**) and Plaintiff Alfonso Estrada, by and through their respective counsel of record, stipulate and agree that BANA shall have an additional twenty-one (21) days, up to and including **Monday, August 22, 2022**, to file its responsive pleading in this matter. The current deadline is Monday, August 1, 2022 [ECF No. 13].

/ / /

1   The parties continue to work in good faith to resolve the claims at issue early on and without the need for additional litigation. The parties would like to explore resolution of plaintiff's claims before expending additional fees and costs.

This is the parties' second stipulation to extend the time for BANA to respond to the complaint. The extension is requested in good faith and is not for purposes of delay or prejudice to any party.

| DATED: July 22, 2022. | DATED: July 22, 2022. |
|---|---|
| **AKERMAN LLP** | **LAW OFFICE OF MICHAEL LEHNERS** |
| */s/ Melanie D. Morgan*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Bank of America, N.A., individually and in its capacity as Trustee for Harborview 2005-12 Trust Fund* | */s/ Michael Lehners*<br>MICHAEL LEHNERS, ESQ.<br>Nevada Bar No. 3331<br>429 Marsh Avenue<br>Reno, Nevada 89509<br><br>*Attorney for Alfonso Estrada* |

**ORDER**

**IT IS SO ORDERED.**

C S  
_____
**UNITED STATES MAGISTRATE JUDGE**

July 25, 2022
_____
**DATED**

2