UNITES STATES DISTRICT COURT

DISTRICT OF NEVADA

oOo

ALFONSO ESTRADA, an individual.

      Plaintiff

vs.

U. S. BANK, NATIONAL ASSOCIATION in its capacity as trustee for Harborview Mortgage Loan Trust 2005-12, Mortgage Pass-Through Certificate Series 2005-12 A National Association; BANK OF AMERICA N.A., individually and in its capacity as Trustee for Harborview 2005-12 Trust Fund, a National Bank Association; NATIONSTAR MORTGAGE, LLC., dba Mr. Cooper, a Delaware Limited Liability Company.

      Defendants.
_____/

CASE NO.: 3:22-cv-00233-ART-CSD

**ORDER APPROVING STIPULATION FOR DISMISSAL (ECF No. 49)**

    This matter having come before this court by Stipulation between the parties herein; having reviewed the Stipulation and the pleadings on file herein and good cause appearing therefore,

///

    IT IS HEREBY ORDERED that the Stipulation is approved and the pending civil action filed before this court is dismissed with prejudice.

    IT IS FURTHER ORDERED that each party shall bear its own attorney fees and costs with respect to the above-entitled matter.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

DATED: September 5, 2023